UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES

    Plaintiff(s),                                    No. 07-04822 JL

    v.                                          NOTICE OF CONTINUANCE
<u>OF CASE MANAGEMENT CONFERENCE</u>

GLEN HARTZHEIM

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for December 26, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to January 16, 2008 @ 10:30 a.m..

Dated: December 19, 2007

                                                             *Wings Hom*
                                                        _____
                                                        Wings Hom Courtroom Deputy to
                                                        JAMES LARSON, CHIEF UNITED STATES
                                                        MAGISTRATE JUDGE