```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN N HARTZHEIM also doing business as HARTZHEIM DODGE, INC., a California corporation<br><br>Defendant. | NO.  C 07 4822 JL<br><br>JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: 1/16/08<br>TIME: 10:30 a.m. |
|---|---|

The parties in the above-entitled action submit this Case Management Statement reporting on the status of this case as follows:

1. This action was originally filed by an ERISA regulated pension trust fund to collect a retroactive billing for pension contributions for the period November 2002 through December 2005. That amount has been paid pursuant to a settlement between the parties as a result of this litigation. Plaintiff has not required that an answer be filed.

2. Defendant has not paid pension contributions since July 2007. Defendant asserts that it is engaged in collective bargaining with the union to reduce or eliminate this monthly contribution obligation which would otherwise be sought in this action under paragraph 8 of the First Amended Complaint.

3. The parties request that the Case Management Conference set for January 16, 2008 be continued for 90 days so that the collective bargaining process can be completed. The parties expect to resolve this matter without further inconvenience to the Court.

Respectfully submitted,

DATED: December 27, 2007

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorneys for Plaintiff

DATED: December 27, 2007

FINE, BOGGS, COPE & PERKINS LLP

By: _____
Ned Arnold Fine
Attorney for Defendant

PROOF OF SERVICE BY MAIL

I, SHARON EASTMAN, the undersigned, hereby certify and declare under penalty of perjury that the following statement are true and correct:

4. I am a citizen of the United States and employed in City of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

5. My business address is 220 Montgomery Street, Suite 303, San Francisco, CA, 94104.

6. On December 28, 2007 I served the within JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE CASE MANAGEMENT CONFERENCE and ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Ned Arnold Fine
Fine, Boggs, Cope & Perkins LLP
2450 S Cabrillo Hwy #100
Half Moon Bay, CA 94019

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2007 at San Francisco, CA.

Sharon Eastman