1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE AUTOMOTIVE)    NO. C 07 4822 JL
   INDUSTRIES, et al.,                )
12                                     )
                           Plaintiff,  )
13                                     )    ORDER TO CONTINUE CASE
               vs.                     )    MANAGEMENT CONFERENCE
14                                     )
   GLENN N HARTZHEIM also doing        )
15 business as HARTZHEIM DODGE, INC.,  )
   a California corporation            )
16                                     )
                                       )
17                         Defendant.  )
   _____)
18

19        IT IS ORDERED that the Case Management Conference in this

20 case originally set for January 16, 2008 continued to April 16, 2008

21 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San

22 Francisco, CA.

23 Dated:_____          _____
                                      Honorable James Larson
24

25

26

27

28