```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiff, <br><br> vs. <br><br> GLENN N HARTZHEIM also doing business as HARTZHEIM DODGE, INC., a California corporation <br><br> Defendant. | NO. C 07 4822 JL <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for January 16, 2008 continued to April 16, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 8, 2008

_____
Honorable

IT IS SO ORDERED
Judge James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1