```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>            Plaintiffs,<br><br>   vs.<br><br>GLENN N HARTZHEIM also doing business as HARTZHEIM DODGE, INC., a California corporation<br><br>            Defendant. | NO. C 07 4822 JL<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for April 16, 2008 at 10:30 a.m. in Courtroom No. F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA

Dated:    April 7, 2008          ERSKINE & TULLEY

                                 By: _____
                                     Michael J. Carroll
                                     Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On April 7, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Ned Arnold Fine
Fine, Boggs, Cope & Perkins LLP
2450 S Cabrillo Hwy #100
Half Moon Bay, CA 94019

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2008 at San Francisco, California.

Sharon Eastman

NOTICE OF VOLUNTARY DISMISSAL